IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

USA

Plaintiff(s),

v.

DOMINIC KEITH PEARSON

Defendant(s).

CIVIL / CRIMINAL

ACTION NUMBER 17-3014-01-CR-S-RK

## EXHIBITS - Government

✓ = Offered & admitted without objection
X = Offered & admitted over objection
Ex. = Offered but objected to and excluded
N.O. = Marked but not offered
D.B. = Admitted, de bene
W.D. = Offered then withdrawn
Ltd. = Admitted for limited purposes

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | X | 3/8/18 | 9:47 | Letter from Lisa Richardson |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Page # 1  I CERTIFY THAT I HAVE THIS DATE 3/8/18 received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits, listed hereon for which I will hold myself responsible: Ex 1.

Ami Miller
Printed Name

Signature